IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| STEPHANIE KAY GREEN,<br>　　Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL,<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br>　　Defendant. | §<br>§<br>§<br>§　CIVIL ACTION NO.<br>§　3:20-cv-00005-JMV<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Having Considered the Defendant's Unopposed Motion for Remand, IT IS HEREBY ORDERED that the motion is GRANTED, and this case is REVERSED and REMANDED for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

On remand, the Administrative Law Judge will take any steps necessary to fully develop the administrative record; provide the claimant an opportunity for a new hearing; provide the claimant an opportunity to submit additional evidence in support of her claim; and re-evaluate whether the claimant experienced medical improvement.

SIGNED this 23rd day of June, 2020.

　　　　　　　　　　　　　　　　　　/s/ Jane M. Virden
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE