IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| STEPHANIE KAY GREEN,<br>　　Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL,<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br>　　Defendant. | §<br>§<br>§<br>§　CIVIL ACTION NO.<br>§　3:20-cv-00005-JMV<br>§<br>§<br>§<br>§<br>§ |

## **FINAL JUDGMENT**

Consistent with the Order [17] granting Defendant's motion to remand, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is REVERSED and REMANDED for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

SIGNED this 23rd day of June, 2020.

　　　　　　　　　　　　　　　　　　/s/ Jane M. Virden
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE